No. 1,447.—BENDER, RESPONDENT, *v.* GRAND OPERA HOUSE COMPANY, APPELLANT.

No. 1,448.—FORBIS ET AL., RESPONDENTS, *v.* GRAND OPERA HOUSE COMPANY, APPELLANT.

*Appeal from District Court, Silver Bow County.*

On motion to dismiss appeals.

Decided March 12, 1902.

PER CURIAM.—Upon motion of Charles O'Donnell, Esquire, attorney for the appellant, these appeals are hereby dismissed.

*Mr. Charles O'Donnell,* for Appellant.